**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER C.,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:26-cv-127** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **COMM'R OF SOCIAL SECURITY,** | : | **Magistrate Judge Peter B. Silvain, Jr.** |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter comes before the Court on the parties' Joint Motion to Remand, seeking reversal and remand of this case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). (ECF No. 10 at 1). "A Sentence Four remand requires a determination on the merits of the claimant's request for disability benefits. When the district court enters a Sentence Four remand order, it 'must . . . accompany a final judgment affirming, modifying, or reversing the administrative decision.'" *Follen v. Comm'r of Soc. Sec.*, 167 F.4th 352, 356 (6th Cir. 2026) (quoting *Melkonyan v. Sullivan*, 501 U.S. 89, 102 (1991)). The parties agree that reversal and remand is appropriate "to permit the Administrative Law Judge to further evaluate the medical opinion evidence." (ECF No. 10 at 1). Based upon that stipulation, and for good cause shown, the Court **GRANTS** the parties' Joint Motion. The Clerk of Court is **DIRECTED** to enter judgment in Plaintiff's favor under Fed. R. Civ. P. 58.

This matter is **REVERSED** and **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' Joint Motion.

The Clerk of Court is **DIRECTED** to **TERMINATE** this case.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: September 16, 2026**